**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>COMCAST CORPORATION,<br><br>    Defendant. | CASE NO. 6:15-CV-226<br><br>**JURY TRIAL DEMANDED** |

**VOLUNTARY DISMISSAL OF DEFENDANT COMCAST CORPORATION
PURSUANT TO FED. R. CIV. P. 41**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Rothschild Broadcast Distribution Systems, LLC, hereby voluntarily dismisses without prejudice its claims against Defendant Comcast Corporation, in the above captioned action.  Each party is to bear its own attorneys' fees and costs.

- 2 -

DATED:  May 14, 2015                              Respectfully Submitted,

                                                  By: /s/ Charles Ainsworth

                                                  Charles Ainsworth
                                                  State Bar No.  00783521
                                                  Robert Christopher Bunt
                                                  State Bar No. 00787165
                                                  PARKER, BUNT & AINSWORTH, P.C.
                                                  100 E. Ferguson, Suite 1114
                                                  Tyler, TX 75702
                                                  903/531-3535
                                                  903/533-9687
                                                  E-mail: charley@pbatyler.com
                                                  E-mail: rcbunt@pbatyler.com

                                                  Attorneys for Plaintiff,
                                                  Rothschild Broadcast Distribution Systems, LLC

## CERTIFICATE OF SERVICE

I hereby certify that the following counsel of record, who are deemed to have consented to electronic service are being served this 14th day of May, 2015, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Charles Ainsworth
CHARLES AINSWORTH